UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No.: 18-1473(DSD/ECW)

Joseph Lewis,

    Plaintiff

v.        **ORDER**

State of Minnesota
c/o Sarah E. Hilleren,

    Defendant.

This matter is before the court upon the report and recommendation of Magistrate Judge Elizabeth Cowan Wright, dated October 15, 2018 (R&R). The magistrate judge recommended that the court dismiss plaintiff Joseph Lewis' complaint for failure to prosecute. See Fed. R. Civ. P. 41(b); see also Brown v. Frey, 806 F.2d 801, 803 (8th Cir. 1986). No objections to the R&R have been filed within the time period permitted. Under these circumstances, the court finds it appropriate to adopt the R&R.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The R&R [ECF No. 9] is adopted in its entirety; and
2. Plaintiff's complaint [ECF No. 1] is dismissed without prejudice.

Dated: November 6, 2018

                                        s/David S. Doty
                                        David S. Doty, Judge
                                        United States District Court